IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JARDEN LLC, f/k/a and as successor by merger to JARDEN CORPORATION, | § § § | |
| Plaintiff Below/Appellant, | § § | |
| | § | No. 273, 2021 |
| v. | § § | |
| ACE AMERICAN INSURANCE COMPANY, ALLIED WOLRD NATIONAL ASSURANCE COMPANY, BERKLEY INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY, and NAVIGATORS INSURANCE COMPANY, | § § § § § § § § § § § § | Court Below: Superior Court of the State of Delaware

C.A. No. N20C-03-112 (CCLD) |
| Defendants Below/Appellees. | § | |

Submitted: February 9, 2022
Decided: March 3, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc.*

# **O R D E R**

Now this 3rd day of March 2022, the Court having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion dated July 30, 2021;

NOW, THEREFORE, IT IS ORDERED that the decision of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice